United States District Court
Southern District of Texas
**ENTERED**
March 30, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRIAN MICHAEL CORPIAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-20-152 |
| CARRINGTON MORTGAGE SERVICES LLC, | § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Because the Court has granted dismissal in favor of Defendant Carrington Mortgage Services LLC on all claims asserted in this lawsuit by Plaintiff Brian Michael Corpian, the Court hereby

**ORDERS** that Plaintiff Brian Michael Corpian's case is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

SIGNED at Houston, Texas, on this **27** day of March, 2020.

_____
DAVID HITTNER
United States District Judge